IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01105-RBJ

JERALD A. BOVINO,

    Plaintiff,

v.

APPLE, INC., a California Corporation; and
TARGET CORPORATION, a Minnesota Corporation,

    Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **seven-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 26, 2013 at 9:00 a.m.**

A Final Pretrial/Trial Preparation Conference is set for **August 2, 2013 at a.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

In addition, a Markman Hearing has been scheduled **February 22, 2013 at 9:00 a.m.**

DATED this 14th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge