IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Deborah Hansen        Date: November 13, 2012
Court Reporter:     Kara Spitler

Civil Action No. 12-cv-01105-RBJ

*Parties*:                              *Counsel*:

JERALD A. BOVINO,                       Ronnie Fischer
                                        Ralph M. Martin
        Plaintiff,

v.

APPLE, INC., and                        Michael P. Dulin
TARGET CORPORATION,                     Jeffrey H. Kass

        Defendants,

### COURTROOM MINUTES

**MOTION HEARING**

01:00 p.m.     Court in session

Appearances - all counsel appear by telephone

Court's comments

Discussion re Defendants' Motion to Enforce Scheduling Order [31]

Plaintiff objects to the Defendants' Motion to Enforce Scheduling Order

The parties agree to submit a proposed modified scheduling order.

**ORDERED:   The Defendants' Motion to Enforce Scheduling Order [31] is DENIED.**

01:19 p.m.     Court in Recess, Conference concluded, Time: 19 minutes