# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-01105-RBJ

JERALD A. BOVINO,

    Plaintiff,

v.

APPLE, INC., a California Corporation; and
TARGET CORPORATION, a Minnesota
Corporation,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff JERALD A. BOVINO and Defendants APPLE, INC. and TARGET CORPORATION, announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

    IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. and TARGET CORPORATION by JERALD A. BOVINO herein are dismissed, with prejudice, and all counterclaims for relief against JERALD A. BOVINO by APPLE INC. are dismissed with prejudice except for APPLE and TARGET's claims for invalidity are dismissed without prejudice; and

    IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

    DATED this 30th day of May, 2013.

                                          BY THE COURT:

                                          R. Brooke Jackson
                                          United States District Judge